In the Matter of the Application of AMERICAN EQUITABLE ASSURANCE

COMPANY OF NEW YORK, Appellant, for an Order Directing that the Arbitration Provided for in a Certain Contract in Writing Entered into between the Petitioner and AMERICAN RE-INSURANCE COMPANY, Respondent, Proceed Pursuant to the Provisions Thereof and the Arbitration Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.